UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | ) | CASE NO.:  5:12-CV-02126 |
| | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| vs. | ) | THOMAS M. PARKER |
| | ) | |
| RLI INSURANCE COMPANY, | ) | **MOTION OF NON-PARTY MAZANEC,** |
| | ) | **RASKIN AND RYDER CO., L.P.A. FOR** |
| Defendant. | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **ITS COSTS BY DEFENDANT RLI** |
| | ) | **INSURANCE CO.** |

Now comes non-party Mazanec, Raskin and Ryder Co., L.P.A. ("MR&R"), by and through undersigned counsel, and respectfully submits this motion for an order requiring Defendant RLI Insurance Co. ("RLI") to pay MR&R the costs stated in Non-Party Mazanec, Raskin and Ryder Co., L.P.A.'s Statement of Costs for Responding to RLI's Subpoena, as Modified.

A brief in support of this motion is attached.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/Todd M. Raskin*
TODD M. RASKIN  (0003625)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   traskin@mrrlaw.com

Counsel for non-party Mazanec, Raskin and Ryder
Co., L.P.A.

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, a copy of the foregoing Motion of Non-Party Mazanec, Raskin and Ryder Co., L.P.A. for Order Requiring Payment of its Costs by Defendant RLI Insurance Co., with attached brief in support, was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_s/Todd M. Raskin_
TODD M. RASKIN  (0003625)

Counsel for non-party Mazanec, Raskin and Ryder Co., L.P.A.

NBT-999993E/MRR's Mot for Order for Payment

2