UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 16-4199

Filed: October 05, 2017

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST

    Plaintiff - Appellee

v.                                                                            5:12cv2126 - BYP

RLI INSURANCE COMPANY

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 08/24/2017 the mandate for this case hereby issues today.   Reversed and Remanded

COSTS: To be recovered by Richard M. Garner

Filing Fee ........................$
Printing ...........................$

    Total ...................$ 505.00